THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 In the Interest of Barry Mc., A Juvenile under the age of seventeen (17), Appellant.
 
 
 

Appeal From Richland County
 Jeffrey Young, Family Court Judge

Unpublished Opinion No. 2007-UP-277
 Submitted June 1, 2007  Filed June 6,
 2007

APPEAL DISMISSED

 
 
 
 Acting Chief Attorney Joseph L. Savitz, III, of Columbia, for
 Appellant.
 Attorney General Henry Dargn McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Warren Blair Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Barry Mc. pleaded guilty to assault of a high and
 aggravated nature.  Barry argues on appeal that the court erred in accepting
 his guilty plea because he consistently maintained the assault was not
 intentional.  After a thorough review of
 the record and counsels brief pursuant to Anders v. California, 386
 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] Barrys appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., KITTREDGE,
 J., and CURETON, A.J., concur.
 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.